IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| | **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:
    Michael Brennan

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
    N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
    Ohio

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Ohio

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Ohio

7.  District Court and Division in which venue would be proper absent direct filing:

Northern District of Ohio - Western Division at Toledo

8.  Defendants (check Defendants against whom Complaint is made):

[✓]    C. R. Bard Inc.

[✓]    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

[✓]    Diversity of Citizenship

[ ]    Other: _____

a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

Pursuant to CMO 4, Plaintiff has authority to directly file into this Court.

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

[ ]    Recovery® Vena Cava Filter

[ ]    G2® Vena Cava Filter

[ ]    G2® Express Vena Cava Filter

[ ]    G2® X Vena Cava Filter

[ ]    Eclipse® Vena Cava Filter

[✓]    Meridian® Vena Cava Filter

- 2 -

1
☐    Denali® Vena Cava Filter

2
☐    Other: _____

3    11.    Date of Implantation as to each product:

4    01/22/2014
_____

5
_____

6    12.    Counts in the Master Complaint brought by Plaintiff(s):

7    ☑    Count I:        Strict Products Liability – Manufacturing Defect

8    ☑    Count II:       Strict Products Liability – Information Defect (Failure

9                          to Warn)

10    ☑    Count III:      Strict Products Liability – Design Defect

11    ☑    Count IV:       Negligence - Design

12    ☑    Count V:        Negligence - Manufacture

13    ☑    Count VI:       Negligence – Failure to Recall/Retrofit

14    ☑    Count VII:      Negligence – Failure to Warn

15    ☑    Count VIII:     Negligent Misrepresentation

16    ☑    Count IX:       Negligence *Per Se*

17    ☑    Count X:        Breach of Express Warranty

18    ☑    Count XI:       Breach of Implied Warranty

19    ☑    Count XII:      Fraudulent Misrepresentation

20    ☑    Count XIII:     Fraudulent Concealment

21    ☑    Count XIV:      Violations of Applicable  Ohio                  (insert

22                          state) Law Prohibiting Consumer Fraud and Unfair and

23                          Deceptive Trade Practices

24    ☐    Count XV:       Loss of Consortium

25    ☐    Count XVI:      Wrongful Death

26    ☐    Count XVII:  Survival

27    ☑    Punitive Damages

28

- 3 -

1        ✓    Other(s): _____O.R.C. Claims & Medical Monitoring_____ (please state the facts

2                              supporting this Count in the space immediately below)

3              Defective Manufacturing Pursuant to O.R.C. Section 2307.74;

4              Design Defect Pursuant to O.R.C. Section 2307.75;

5              Defective Product Due to Inadequate Warning Pursuant to O.R.C. 2307.76;

6              Non-Conformance With Representations Pursuant to O.R.C. 2307.77;

7              Ohio Statutory Warranties pursuant to O.R.C. 1302.27 and O.R.C. 1302.28;

8              Medical Monitoring. All facts are contained in the master complaint.

9       13.    Jury Trial demanded for all issues so triable?

10         ✓    Yes

11         ☐    No

12      RESPECTFULLY SUBMITTED this __15th__ day of __February__, 20 _19_.

13

14                     /s/ Richard W. Schulte

                          Richard W. Schulte (Ohio Bar #0066031)

15                     WRIGHT & SCHULTE, LLC

                          865 S. Dixie Dr.

16                     Vandalia, Ohio 45377

                          (937) 435-7500

17                     Fax: (937) 435-7511

                          Email: rschulte@yourlegalhelp.com

18

19                     /s/ Joseph A. Osborne

                          Joseph A. Osborne

20                     OSBORNE & FRANCIS LAW FIRM, P.A.

                          433 Plaza Real, Suite 271

21                     Boca Raton, FL 33432

                          (561) 293-2600

22                     Fax:  (561) 923-8100

                          Email: josborne@realtoughlawyers.com

23

                     Attorneys for Plaintiff(s)

24

25      I hereby certify that on this 15th day of February 2019, I electronically transmitted

26 the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

27 of a Notice of Electronic Filing.

28                     /s/ Richard W. Schulte